UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| KATHY R. ALLEN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ARTHUR L. ALLEN, *deceased*, MARY )<br>FLAGLER ALLEN, STEVE R. ALLEN, )<br>ANTHONY A. KLISH, C. JORDAN GODWIN, )<br>JUDGE CHRIS DILLON, JUDGE TOBIAS )<br>HAMPSON, JUDGE JEFFERSON GRIFFIN, )<br>GRANT E. BUCKNER, and )<br>HENSON & FUERST P.A., )<br>)<br>Defendants. )<br>) | **JUDGMENT**<br><br>5:24-CV-320-BO-RJ |

**Decision by Court.**
This matter is before the Court on multiple motions to dismiss, motions for extensions of time in which to file responses or pleadings, a motion for default judgment, and a motion to submit the case to the pro bono panel. Further, the Court will *sua sponte* conduct frivolity review.

**IT IS ORDERED, ADJUDGED AND DECREED** the motion to dismiss filed by Judge Chris Dillon, Judge Tobias Hampson, Judge Jefferson Griffin, and Grant Buckner [DE 25] is GRANTED. The motions to dismiss filed by Jordon Godwin and Henson & Feurst, P.A. [DE 23], and Anthony Klish [DE 34 & DE 49], are GRANTED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Plaintiff's motion to submit the case to the pro bono panel [DE 18] is DENIED. Plaintiff's motion for an extension of time to serve Klish [DE 37] is DENIED AS MOOT. Plaintiff's motion to join SECU and Cathleen Plaut [DE 19] is DENIED. Plaintiff's motion to compel [DE 20] is DENIED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the motions for an extension of time filed by Klish [DE 17 and 40] are GRANTED. Plaintiff's motions for an extension of time in which to file responsive pleadings [DE 31, 32, 41, 42, 43, 44, 45, 54, 47, 48, 51 and 52] are DENIED. Plaintiff's motions to exceed the word count [DE 61, 62, and 66] are DENIED AS MOOT. Plaintiff's motion for the entry of default judgment against Defendants Mary Flager Allen and Steve R. Allen [DE 22] is DENIED.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the claims against Defendants Judge Chris Dillion, Judge Tobias Hampson, Judge Jefferson Griffin, Grant Buckner, C. Jordon Godwin, Anthony Klish, and Henson & Fuerst, P.A. are DISMISSED WITH PREJUDICE. Having conducted a *sua sponte* frivolity review in accordance with the provisions of 28 U.S.C. § 1915, the Court determines that Plaintiff's complaint is meritless and does not state a claim upon which relief may be granted, and that granting leave to amend would be futile. Accordingly, the Court DISMISSES this action in its entirety.

This case is closed.

**This judgment filed and entered on March 31, 2025, and served on:**
Patricia Shields (via CM/ECF NEF)
Elizabeth O'Brien (via CM/ECF NEF)
Edward Maginnis (via CM/ECF NEF)
Anthony Klish (via CM/ECF NEF)
Chris Carreiro (via CM/ECF NEF)
Kathy R. Allen (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

March 31, 2025

 /s/ Lindsay Stouch
By: Deputy Clerk